**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**SHINY FASHION CO., LIMITED,**

Plaintiff,

**ORDER**

**26 CV 8592 (ALC)**

v.

**RJ VINTAGE, LLC,**

Defendant.
-------------------------------------------------------x

**UPON APPLICATION** by Mr. Matthew Weisberg, Esq., to appear as counsel for the plaintiff *pro hac vice*;

**UPON** review that Mr. Weisberg, Esq., has paid the admission fee for *pro hac vice*, and at the time of his application the Certificate of Good Standing were valid and timely;

**IT IS HEREBY ORDERED THAT** Mr. Weisberg's application to be admitted *pro hac vice* is hereby **GRANTED**

Dated: November 16, 2026

**SO ORDERED,**

[signature]

The Honorable Andrew L. Carter
United States District Judge